```
U.S. POSTAL SERVICE          CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:
    United States Attorneys Office


    John R. Trammell
    1210 Pine Street
    Middletown, OH  45044

PS Form 3817, January 2001
```

Postmark: MAILED FROM ZIP CODE 43215, MAR 17 2005, $00.900, U.S. OFFICIAL MAIL, PENALTY FOR PRIVATE USE $300