IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                             : CIVIL NO: C-1-00-716
                                   : MAGISTRATE JUDGE HOGAN

JOHN R. TRAMMELL,
aka JOHN TRAMMELL,

1210 Pine Street
Middletown, OH  45044
        Defendant.                     **BENCH WARRANT**

TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**John R. Trammell** and bring him/her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION,** at **CINCINNATI, OHIO,** to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on _____.

**\*Marshal shall locate Defendant and transport to Federal Courthouse in Cincinnati, Ohio.**

**\* Marshal shall not input Defendant's Personal information into Criminal data base until the Court and the U.S. Attorney's**

**James Bonini, Clerk**

UNITED STATES DISTRICT COURT

_Arthur Hill_
By: Deputy Clerk

Date: 6-8-05

## **RETURN**

This Bench Warrant was received and executed with the arrest of the above named Defendant at

_____.

DATE RECEIVED _____

DATE OF ARREST _____

DATED AT CINCINNATI, OHIO ON

_____

_____                                  Signature of Arresting Officer

 

                                                                       _____

                                                                       Title of Arresting Officer