**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **vs.**       **: CIVIL NO: C-1-00-716**
           **: MAGISTRATE JUDGE HOGAN**

**JOHN R. TRAMMELL,**
**aka JOHN TRAMMELL,**

    **Defendant.**

**PLAINTIFF'S MOTION TO QUASH**
**ORDER FOR ARREST WARRANT**
**AND MEMORANDUM IN SUPPORT**

   Plaintiff, United States of America, respectfully moves this Honorable Court to quash the

Order for Arrest Warrant filed on June 8, 2005 in the above captioned case. Grounds for said motion

are more specifically described in the accompanying Memorandum In Support.

         GREGORY G. LOCKHART
         United States Attorney

         s/Deborah F. Sanders
         DEBORAH F. SANDERS (0043575)
         Assistant United States Attorney
         Attorney for Plaintiff
         303 Marconi Boulevard, Suite 200
         Columbus, Ohio 43215
         (614) 469-5715
         Fax: (614) 469-5240
         Deborah.Sanders @usdoj.gov

## <u>MEMORANDUM IN SUPPORT</u>

The Complaint in this matter was filed on August 30, 2000, Default Judgment was filed on January 23, 2001. On Thursday, February 17, 2005, John R. Trammell was ordered to appear before Magistrate Judge Hogan for a Judgment Debtor Exam and did not appear. Subsequently he was ordered to appear for a Show Cause hearing on Thursday, April 28, 2005 but did not appear.

On June 8, 2005 this Honorable Court issued an arrest warrant for John R. Trammell for his failure to appear April 28, 2005 before this court as ordered to provide financial information to the Plaintiff.

On June 16, 2005 Plaintiff received notification from the Department of Education that this debt has been referred to a private debt collection agency and Defendant has entered into satisfactory payment arrangements on the debt.

Therefore, Plaintiff respectfully request the June 8, 2005 Order for Arrest Warrant against John R. Trammell, be quashed.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5240
Deborah.Sanders @usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Plaintiff's Motion to Quash Order for Arrest

Warrant and Memorandum in Support was electronically filed with the Clerk of the Court using the

CM/ECF system this 16th day of June 2005 and was mailed to John R. Trammell, 1210 Pine Street,

Middletown, Ohio 45044 by first class, postage paid mail.

s/Deborah F. Sanders_____
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\trammell arrest quash.wpd