IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  : CIVIL NO: C-1-00-716
                                 : MAGISTRATE JUDGE HOGAN

JOHN R. TRAMMELL,
aka JOHN TRAMMELL,

        Defendant.

## ORDER TO QUASH THE
## ORDER FOR ARREST WARRANT

Upon Plaintiff's Motion to Quash Order for Arrest Warrant and Memorandum in Support, and for good cause showing that on June 16, 2005 Plaintiff received notification from the Department of Education that this debt has been referred to a private debt collection agency and Defendant has entered into satisfactory payment arrangements on the debt,

**IT IS HEREBY ORDERED** that the June 8, 2005 Order for Arrest Warrant be quashed.

Date: 6/20/05

_____
UNITED STATES MAGISTRATE JUDGE